UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

NO. 2009-CV-2829
(HONORABLE JUDGE GRADY)

| | |
|---|---|
| PUBLIC SERVICE MUTUAL INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAPITOL TRANSAMERICA CORPORATION, d/b/a CAPITOL INDEMNITY CORPORATION, | ) ) |
| Defendant. | ) |

## PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT AND CAPITOL'S COUNTERCLAIM

The Plaintiff, PUBLIC SERVICE MUTUAL INSURANCE COMPANY ("PSM"), by and through its undersigned attorneys, hereby cross-moves, under Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on Count I of PSM's Complaint and Capitol's Counterclaim.

As grounds in support of this Cross-Motion, PSM incorporates by reference the arguments contained in the accompanying Response to Capitol's Motion for Partial Summary Judgment and Memorandum of Law in Support of PSM's Cross-Motion for Partial Summary Judgment.

WHEREFORE, PSM respectfully requests that the Court enter judgment in favor of PSM (and against Capitol) and declare that:

   1. Capitol's policies, including, the Commercial General Liability Policy and the Umbrella Policy, provide coverage for the claims asserted against Kenard in the Underlying Litigation;

2. Capitol is obligated under its Commercial General Liability Policy to defend and indemnify Kenard in connection with the claims asserted in the Underlying Litigation;

3. Capitol's Commercial General Liability Policy is co-primary insurance for the claims asserted against Kenard, and Capitol has a primary obligation to defend and indemnify Kenard;

4. Capitol must reimburse PSM for the fees and costs it has incurred in connection with the defense of Kenard in the Underlying Litigation;

5. Capitol must contribute 50% to the fees and costs incurred to defend Kenard in the Underlying Litigation;

6. Alternatively, Capitol is solely responsible for the future costs and fees incurred to defend Kenard in the Underlying Litigation and PSM shall have no further obligation to contribute to the defense.

Plaintiff,

Public Service Mutual Insurance Company

By:


/s/ John A. Donovan III
One of its attorneys

Dated: 5/26/2010


Howard J. Fishman (Illinois Bar No. 6216066)
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, Illinois 60611
(312) 828-9600
(312) 828-9635 (Fax)

*Admitted Pro Hac Vice*
John A. Donovan III
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of May 2010, that PLAINTIFF's CROSS MOTION FOR SUMMARY JUDGMENT was electronically filed with the Court using the ECF system.

                */s/ John A. Donovan III*_____
                John A. Donovan III

<sub>S:\MAGNA CARTA v. KENARD MANAGEMENT - AM-970-2669\Opp to Capitol SJM\crossmotion.DOC</sub>